# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Evelyn Padin |
| | : | |
| v. | : | Crim. No. 23-805 (EP) |
| | : | |
| ABDUL HAKIM MANNAN, | : | |
| a/k/a "Jerry," | : | |
| ABDUL HAKIM SHAHEED | : | |
| MANNAN, | : | |
| a/k/a "Jeffrey Jones" | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (by Robert Frazer and Sam ThypienBermeo, Assistant United States Attorneys), and defendants Abdul Hakim Mannan (by Kristen Santillo, Esq.) and Abdul Hakim Shaheed Mannan (by Candace Hom, Esq., AFPD), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including October 31, 2025, to permit the parties, following the arraignment held May 27, 2025 on the Superseding Indictment, to set a schedule for discovery and pre-trial proceedings, to prepare pretrial motions, to allow counsel for Abdul Hakim Mannan to make a further bail appeal, and to allow defense counsel the reasonable time necessary for effective preparation in this matter; and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and the defendants, through their attorneys, having consented to this

continuance; and prior continuances having been entered; and the United States having no opposition; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The Defendants were indicted pursuant to a Superseding Indictment presented to the Grand Jury on May 14, 2025, and the Court held the arraignment on May 27, 2025;

(2) Defendant Abdul Hakim Shaheed Mannan was not previously charged in the Indictment before this Court but now is charged under the Superseding Indictment;

(3) A schedule for discovery and pre-trial motions needs to be submitted by the parties;

(4) Counsel for Abdul Hakim Mannan wishes to file a further bail appeal;

(5)  Counsel requests time to review the discovery with their clients;

(6) The defendants, through counsel, having consented to this continuance;

(7) The grant of a continuance will likely conserve judicial resources; and

(8) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this **28th** day of July, 2025;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including October 31, 2025; and it is further

ORDERED that the period from the date this Order is signed through and including October 31, 2025 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Honorable Evelyn Padin
United States Circuit Judge

Form and entry consented to:

*s/Robert Frazer*
_____
Robert Frazer
Sam ThypienBermeo
Assistant U.S. Attorneys

s/Kristen Santillo
_____
Kristen Santillo, Esq.
Counsel for Defendant Abdul Hakim
Mannan

s/Candace Hom
_____
Candace Hom, Esq., AFPD
Counsel for Abdul Hakim Shaheed Mannan